FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

SEP 18 2006

JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA

4:06MJ5018

v.

MICHAEL SHORE
a/k/a BLAKE SHORE

## MOTION TO REDACT COMPLAINT AFFIDAVIT

For its motion to redact the complaint affidavit, the government states:

1. On September 14, 2006, this Court signed a Complaint and issued an arrest warrant in the above captioned case.

2. On September 15, 2006, the defendant was arrested.

3. At the time the Complaint was presented to the Court, an affidavit setting forth the factual basis was attached. The affidavit identifies the victim in this case in addition to cooperating witnesses, some of which are minors.

4. The United States submits the attached affidavit to substitute for the original and requests that the original affidavit remain under seal. The attached affidavit redacts the name of the victim and witnesses as well as personal identifying information, including information personal to the defendant. The United States asserts that this redaction is proper to protect the public's qualified First Amendment right of access while also protecting the persons at issue in this case.

WHEREFORE, for the above reasons, the United States requests that the attached affidavit be substituted for the original and that the original affidavit in support of the Complaint remain under seal.

> Respectfully submitted,
>
> BUD CUMMINS
> United States Attorney
>
> By: /s/ Karen Whatley
> KAREN WHATLEY
> Assistant U.S. Attorney
> P.O. Box 1229
> Little Rock, AR 72203
> 501-340-2600