

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA

v.

MICHAEL SHORE a/k/a
BLAKE SHORE

18 U.S.C. § 2251(a)

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE

On or about October 26, 2005, in the Eastern District of Arkansas and elsewhere,

MICHAEL SHORE a/k/a BLAKE SHORE

employed, used, persuaded, induced, enticed, and coerced a minor to engage in any sexually explicit conduct for the purpose of producing any visual depiction of such conduct knowing that such visual depiction would be transported in interstate commerce and knowing that the visual depiction was produced using materials that have been mailed, shipped, and transported in interstate commerce by any means, including by computer.

All in violation of Title 18, United States Code, Section 2251(a).

(END OF TEXT.   SIGNATURE PAGE ATTACHED.)