TIME: 2:32 — 2:34

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

OCT 17 2006

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA

vs.                                          CASE NO: 4:06CR00354-01 JMM

MICHAEL SHORE a.k.a. BLAKE SHORE

## PLEA AND ARRAIGNMENT REPORT

Plea Date: 10/17/06                Deft is ✓ is not ____ in custody
Continued Until: _____         ____ Deft did not appear
Reason for continuance _____     ____ Clerk to issue warrant

### COUNSEL

Assistant U. S. Attorney: **Karen Whatley**
Defense Counsel: **Stuart Vess**      (Retained)
                 John W. Hall

### PLEA

TRIAL BEFORE DISTRICT COURT    )    CONSENTS TO TRIAL BEFORE MAGST.

Not Guilty ✓_____ )    Not Guilty _____ )
Guilty (indicates desire)_____ )    Guilty _____ )
Nolo Contendere (desire)_____ )    Nolo Contendere (_____) )

____✓____ Demands Trial by Jury        _____ Waives Jury Trial
                                        Deft agrees _____
                                        Govt agrees _____

### BAIL

Bail Set at: _____ By: _____ Date: _____
Bail Changed to: _____ By: _____ Date: _____
detained by J. Ray

Number of Days estimated for Trial: 3 Day(s)
Estimated Trial Date: **November 27, 2006 @ 9:15 a.m., in Room 389, before the Honorable Judge James M. Moody. All Pretrial Motions to be filed within the time specified within the pretrial discovery order.**

Other: _____

DATE: 10/17/06      SO ORDERED: _____
                                U.S. MAGISTRATE JUDGE