AO 442    (Rev. 10/03) Warrant for Arrest

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

OCT 18 2006

JAMES W. McCORMACK, CLERK
By: _____
               DEP CLERK

# UNITED STATES DISTRICT COURT
Eastern District of Arkansas

UNITED STATES OF AMERICA

V.

**MICHAEL SHORE a.k.a. BLAKE SHORE**

0709-1005-0007-J

## WARRANT FOR ARREST

Case Number: 4:06CR00354-01 JMM

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **MICHAEL SHORE a.k.a. BLAKE SHORE** and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[x] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Probation Violation Petition  [ ] Supervised Release Violation Petition  [ ] Violation Notice

charging him or her with (brief description of offense):

**Production of Child Pornography**

in violation of Title **18** United States Code, Section(s) **2251(a)** as further explained in the attached document.

JAMES W. McCORMACK
Name of Issuing Officer

CLERK, EASTERN DISTRICT OF ARKANSAS
Title of Issuing Officer

Signature of Issuing Officer

October 5, 2006 at Little Rock, Arkansas
Date and Location

| **RETURN** | |
|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at Pulaski Co. Jail | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER: Chuck Uchtman, DUSM | SIGNATURE OF ARRESTING OFFICER: by Diane Darbonne |
| DATE OF ARREST 10/17/06 | | |