IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 4:06CR00354 JMM |
| | ) | |
| MICHAEL SHORE | ) | |

**DEFENDANT'S MOTION TO WAIVE VENUE AND JURISDICTION OVER OHIO CHARGES**

Defendant just has had a superseding indictment filed against him adding new counts arising out of this same investigation.

Defendant also had a computer seized from his home in Hamilton County, Ohio, which was shipped to Arkansas for forensic analysis, and separate charges should be arising from that. Arkansas, however, does not have jurisdiction and venue over those counts.

If the government is going to pursue those charges as well, anyway, defendant waives venue and jurisdiction under F. R. Crim. P. 21(d), because it is more convenient to both defendant and the government and to the witnesses and in the interest of justice, so they can be brought to Arkansas for trial. If defendant is going to be charged with those offenses anyway, he would prefer it be in this case.[1]

---

[1] Defendant cautions that it is possible that some counts may have to be severed for trial, but we do not know that now, but that does not defeat this waiver. The computer was analyzed in this case, too, so the forensic witnesses are Arkansas witnesses.

Respectfully submitted,

*/s/ John Wesley Hall, Jr.*
JOHN WESLEY HALL, JR.
  Ark. Bar No. 73047
1311 Broadway
Little Rock, Arkansas 72202-4843
(501) 371-9131 / fax (501) 378-0888

*Attorney for Defendant*

CERTIFICATE OF SERVICE

I certify that a this pleading was e-filed and electronically served on Karen Whatley on February 12, 2007.

*/s/ John Wesley Hall, Jr.*
John Wesley Hall, Jr.