IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA

v.  4:06CR00354

MICHAEL SHORE a/k/a
    BLAKE SHORE

RESPONSE TO MOTION TO WAIVE VENUE AND
JURISDICTION OVER OHIO CHARGES

    Comes the United States of America, by and through, Tim Griffin, United States Attorney for the Eastern District of Arkansas, and Karen Whatley, Assistant United States Attorney, and for its response to Defendant's motion to waive venue and jurisdiction over Ohio charges, states:

    1.    On September 16, 2006, the defendant was arrested in the Eastern District of Arkansas based on a Complaint charging him with production of child pornography in violation of Title 18, United States Code, Section 2251(a).

    2.    On October 4, 2006, a grand jury in the Eastern District of Arkansas returned an Indictment charging him with the same offense.

    3.    On February 7, 2007, a Superceding Indictment was returned by the grand jury charging the defendant with three counts of production of child pornography in violation of Title 18, United States Code, Section 2251(a), one count of enticement of a minor in violation of Title 18, United States Code, Section 2422(b), and one count of obstruction of justice in violation of Title 18, United States Code, Section 1512(c)(2).  A forfeiture allegation was also included in the Superceding Indictment.

4.       On September 18, 2006, after the defendant was arrested in Arkansas, agents in Ohio, at the request of agents in Little Rock, executed a search warrant at the defendant's residence. The agents seized computers and computer related equipment which was sent to Arkansas for examination.

5.       A forensic examination of the computer equipment revealed the existence of child pornography. Based on that exam, additional charges of possession of child pornography and receipt of child pornography could be filed. The proper venue for such charges would be the Southern District of Ohio, since that is where the defendant possessed and received the child pornography.

6.       The defendant has now filed a motion to waive venue and jurisdiction so that those charges could be brought in the Eastern District of Arkansas. For the reasons set forth below, the United States requests that the Court enter an order allowing the charges to be filed in the Eastern District of Arkansas.

Memorandum of Law

While the defendant has filed a motion waiving venue and jurisdiction, a waiver of jurisdiction is not necessary in this case. As stated in 18 U.S.C. § 3231, "the district courts of the United States shall have original jurisdiction, . . . of all offenses against the laws of the United States." Jurisdiction concerns the authority or power of a court to try a case. See, United States v Meade, 110 F. 3d 190 (1st Cir. 1997), Farmers Elevator Mutual Ins. Co. v. Carl J. Austad & Sons, Inc., 343 F. 2d 7 (8th Cir. 1965), Henderson v. Shell Oil Co., 173 F. 2d 840 (8th Cir. 1949). Federal district courts have jurisdiction over cases concerning possession of child pornography in violation of 18 U.S.C. §2252(a)(4)(B) and receipt of child pornography in violation of 18 U.S.C.

§2252(a)(2). Therefore, this Court has jurisdiction over this matter and jurisdiction need not be waived.

Venue, on the other hand, must be waived in order for resolution of these matters to take place in this district. Venue concerns the place where a case may be tried. Id. In this case, venue is proper in the Southern District of Ohio. Unlike jurisdiction though, venue may be waived. U.S. v. Netz, 758 F. 2d 1308 (8th Cir. 1985).

Since the defendant has waived venue and this Court has jurisdiction over the offenses at issue, the United States requests that the Court enter an order allowing the additional charges to be brought and resolved in the Eastern District of Arkansas.

    Respectfully submitted,

    TIM GRIFFIN
    UNITED STATES ATTORNEY


    By /s/ KAREN WHATLEY
    Assistant U. S. Attorney
    P. O. Box 1229
    Little Rock, AR 72203
    (501) 340-2600
    kwhatley@usdoj.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 4, 2007, I electronically filed the foregoing with the Clerk of the court using the DM/ECF system, which shall send notification of such filing to the following:

John Wesley Hall
Attorney at Law
1311 Broadway
Little Rock, AR 72202

Stuart Vess
Attorney at Law
406 West Pershing Boulevard
North Little Rock, AR 72114

                                  /s/ KAREN WHATLEY