```
                                              FILED
                                         U.S. DISTRICT COURT
                                        EASTERN DISTRICT ARKANSAS
```

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

**JUL 1 1 2007**

JAMES W. McCORMACK CLERK
By: Cathy McBride
        DEP CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | 4:06CR00354 JMM |
| v. | 18 U.S.C. § 2251(a) |
| | 18 U.S.C. § 2422(b) |
| | 18 U.S.C. § 2252(a)(2) |
| | 18 U.S.C. § 2252(a)(4)(B) |
| MICHAEL SHORE a/k/a | 18 U.S.C. § 1512(c)(2) |
| BLAKE SHORE | 18 U.S.C. § 2253 |

### SECOND SUPERSEDING INDICTMENT

THE GRAND JURY CHARGES:

#### COUNT ONE

On or about October 26, 2005, in the Eastern District of Arkansas and elsewhere,

MICHAEL SHORE a/k/a BLAKE SHORE

employed, used, persuaded, induced, enticed, and coerced a minor to engage in any sexually explicit conduct for the purpose of producing any visual depiction of such conduct knowing that such visual depiction would be transported in interstate commerce and knowing that the visual depiction was produced using materials that have been mailed, shipped, and transported in interstate commerce by any means, including by computer.

All in violation of Title 18, United States Code, Section 2251(a).

## COUNT TWO

On or about May 20, 2006, in the Eastern District of Arkansas and elsewhere,

MICHAEL SHORE a/k/a BLAKE SHORE

employed, used, persuaded, induced, enticed, and coerced a minor to engage in any sexually explicit conduct for the purpose of producing any visual depiction of such conduct knowing that such visual depiction would be transported in interstate commerce and knowing that the visual depiction was produced using materials that have been mailed, shipped, and transported in interstate commerce by any means.

All in violation of Title 18, United States Code, Section 2251(a).

## COUNT THREE

On or about September 2, 2006, in the Eastern District of Arkansas and elsewhere,

MICHAEL SHORE a/k/a BLAKE SHORE

employed, used, persuaded, induced, enticed, and coerced a minor to engage in any sexually explicit conduct for the purpose of producing any visual depiction of such conduct knowing that such visual depiction would be transported in interstate commerce and knowing that the visual depiction was produced using materials that have been mailed, shipped, and transported in interstate commerce by any means.

All in violation of Title 18, United States Code, Section 2251(a).

## COUNT FOUR

From on or about October 26, 2005 through on or about September 2, 2006 in the Eastern District of Arkansas and elsewhere,

MICHAEL SHORE a/k/a BLAKE SHORE

through the use of a facility and means of interstate commerce, namely, the internet and telephone, did attempt to knowingly persuade, induce, entice, and coerce an individual who had not attained the age of eighteen (18) years to engage in sexual activity for which any person can be charged with a criminal offense, that is production of child pornography in violation of Title 18, United States Code, Section 2251(a).

All in violation of Title 18, United States Code, Section 2422(b).

## COUNT FIVE

From on or about a date unknown but no later than February 27, 2005 until on or about July 16, 2006, in the Southern District of Ohio and elsewhere,

MICHAEL SHORE a/k/a BLAKE SHORE

knowingly received any visual depiction that had been mailed and

had been shipped and transported in interstate commerce, by any means including by computer, the production of which involved the use of a minor engaging in sexually explicit conduct and which visual depictions are of such conduct.

All in violation of Title 18, United States Code, Section 2252(a)(2).

### COUNT SIX

On or about September 16, 2006 in the Southern District of Ohio,

### MICHAEL SHORE a/k/a BLAKE SHORE

did knowingly possess and attempt to possess one or more matters which contained visual depictions that had been mailed, shipped, and transported in interstate and foreign commerce, and which were produced using materials that hd been mailed, shipped, and transported in interstate and foreign commerce, by any means including by computer, the production of which involved the use of a minor engaging in sexually explicit conduct and which visual depictions are of such conduct.

All in violation of Title 18, United States Code, Section 2252(a)(4)(B).

## COUNT SEVEN

From on or about September 20, 2006 through on or about October 12, 2006, in the Eastern District of Arkansas,

MICHAEL SHORE a/k/a BLAKE SHORE

did corruptly obstruct, influence, and impede any official proceeding and attempted to do so.

All in violation of Title 18, United States Code, Section 1512(c)(2).

## FORFEITURE ALLEGATION

Upon conviction for the charges set forth in Counts One through Six, the defendant,

MICHAEL SHORE a/k/a BLAKE SHORE

shall forfeit to the United States any property used or intended to be used to commit and to promote the commission of such offense, including but not limited to the following:

(1) One Sony Video Camera model # DCR-DVD103 NTSC, serial # 342348;

(2) One PowerSpec Computer, model #8925, serial # 8925090402249;

(3) One Samsung hard drive, model SP1203N, serial # S00QJ10WA622127;

(4) One book entitled "Total Sex: An Illustrated Guide to the Ultimate Pleasures of Physical Love"; and

(5)   One book entitled "How to Make Love to a Man".

All pursuant to Title 18, United States Code, Section 2253.

        (END OF TEXT.   SIGNATURE PAGE ATTACHED.)