IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | OBJECTION TO PRESENTENCE REPORT |
| | ) | |
| | ) | DOCKET NO. 4:06CR00354-01 JMM |
| MICHAEL SHORE a/k/a BLAKE SHORE | ) ) | |

Comes Defendant, Michael Shore, by and through his attorney, Stuart Vess, and for his objection to the presentence report, states:

1. Paragraph 4 of the presentence report indicates that the United States would not move for a third level reduction for acceptance of responsibility as it had to prepare for trial. The United States should move for the reduction since the Defendant was merely waiting for a ruling from the Court on a pending motion before he could determine whether to enter a plea herein. The delay in the acceptance of responsibility was not the fault of the Defendant and he should not be punished for the delay.

2. Paragraph 8 of the presentence report fails to make it clear that the individual mentioned therein was a hacker that had illegally gain access to the Defendant's computer.

3. Paragraph 10 of the presentence report incorrectly states that the alleged victim was approximately 15 at the time the Defendant arranged a meeting. Actually the alleged victim was seventeen and a half years old at the time.

4. Paragraph 10 of the presentence report incorrectly states that witnesses had informed agents that the Defendant had meet with the alleged victim on two or three other times.

5. Paragraph 12 of the presentence report incorrectly states that the Defendant told his wife to contact the victim and tell her to destroy evidence.

6. Paragraph 14 of the presentence report incorrectly states that the Defendant has impeded or obstructed justice by instructing his wife to tell the victim to destroy evidence.

7. Paragraph 15 of the presentence report incorrectly states that the Defendant was engaged in a sexual relationship with an underage female for over a year when it was only six months.   This paragraph also fails to mention that the images located on Defendant's computer were placed there by a hacker.

8. Paragraph 16 of the presentence report is incorrect in that the Defendant did not attempt to impede or obstruct justice.

9. Paragraph 46 of the presentence report incorrectly states the Defendant's net worth.

10. Paragraph 59 of the presentence report incorrectly states that there are no factors that may warrant departure.  Among other things, the report fails to mention that the Defendant has assisted in two other cases.   The defendant wishes to reserve the issue of whether there are reasons for a departure and present evidence at the sentencing hearing.

WHEREFORE, Defendant would recommend the amendment of the presentence report and would request a departure, together with all other just and proper relief.

Respectfully submitted,

/s/ Stuart Vess
Bar Number 73124
Attorney for Defendant
406 W. Pershing Blvd.
North Little Rock, AR 72114
Telephone: (501)758-3320
E-mail: stuartvess@aol.com

CERTIFICATE OF SERVICE

  I, Stuart Vess, do hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which shall forward notification of such to the following, United States Attorney, Karen Whatley on this 31st day of July, 2008.

                /s/ Stuart Vess