IN THE LINITED STATESD ISTRTCTC OURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA                                                                  PLAINTIFF

V.                              NO. 4:06CR00354-0JM1 M

MICHAEL SHORE a/k/a BLAKE
SHORE                                                                                              DEFENDANT

### MOTION FOR TEMPORARY RELEASE FROM THE CUSTODY OF THE UNITED STATES MARSHALL'S SERVICE

Comes the Defendant, Michael Shore, and for his Motion, states:

1. On October 9, 2008, the Defendant, Michael Shore, was committed to ninety months in the penitentiary.

2. On this October 13th, the Defendant's father died from injuries sustained in a motor vehicle accident.  Funeral plans are being finalized.

3. Once the funeral plans have been completed, they can be reported to the Court.  Mr. Shore requests that he be temporarily released from the Marshall's custody, or, if the Court so orders, accompanied by a Marshall, to attend the funeral service for his father.

WHEREFORE, Defendant, Michael Shore, prays that his Motion be granted.

Respectfully Submitted,

*/s/Cathleen Compton*
Cathleen V. Compton, 85031
114 South Pulaski Street
Little Rock, AR 72201
501-372-0080

## **CERTIFICATE OF SERVICE**

      A copy of the foregoing has been served, either electronically, by mail, by facsimile, or by each method to:

Karen Whatley
Assistant U.S. Attorney
P.O. B ox 7229
Little Rock, Ak72203

      on this 13th day of October, 2008.

                                                              */s/ Cathleen Compton*
                                                              Cathleen V. Compton