IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                                                              PLAINTIFF

v.                              CASE NO. 4:06-CR-00354-BSM-1

MICHAEL SHORE                                                                          DEFENDANT

## ORDER

Michael Shore's motion for early termination of his supervised release [Doc. No. 82] is denied.

IT IS SO ORDERED this 15th day of August, 2023.

_____
UNITED STATES DISTRICT JUDGE